*Harry Weller,* assistant state's attorney, in opposition.

Decided January 15, 1998

### STATE OF CONNECTICUT *v.* MARK PERUCCIO

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 188 (AC 15626), is denied.

*Kimball Haines Hunt,* in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided January 15, 1998

### FRANK VANDEVER *v.* COMMISSIONER OF CORRECTION

The petitioner Frank Vandever's petition for certification for appeal from the Appellate Court, 47 Conn. App. 914 (AC 15988), is denied.

*David B. Rozwaski,* in support of the petition.

Decided January 15, 1998

### STATE OF CONNECTICUT *v.* ANTHONY SINCHAK

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 134 (AC 16557), is granted, limited to the following issues:

"1. Whether the rule set forth in *State* v. *McPhail,* 213 Conn. 161 (1989), should be overruled and a midline approach should be used to decide whether one has